# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| **MICHAEL ABRAHAM, et. al.** ) | | |
| *Plaintiff* ) | | |
| v. ) | Civil Action No. 1:22-cv-07128 | |
| **HOME365, LLC** ) | | |
| *Defendant* ) | | |

## AFFIDAVIT OF SERVICE

I, Regina Bonner, being duly sworn, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents on HOME365 LLC in New Castle County, DE on December 30, 2022 at 12:23 pm at 1209 N. Orange Street, Wilmington, DE 19801 by leaving the following documents with Jane Doe (Refused Name) who as Intake Specialist at VCorp Services LLC is authorized by appointment or by law to receive service of process for HOME365 LLC.

Summons Civil Cover Sheet
First Amended Complaint
Exhibit 1 Exhibit 2
Exhibit 3
Exhibit 4
Exhibit 5
Exhibit 6
Exhibit 8
Exhibit 7
Exhibit 9
Exhibit 11
Exhibit 12
Exhibit 10
Exhibit 13
Exhibit 14
Exhibit 15
Exhibit 16
Exhibit 17

Exhibit 18

Additional Description:
I delivered the documents to a woman who refused to give her name, she was an intake specialist for VCorp Services LLC.

Black or African American Female, est. age 50, glasses: Y, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=39.771697998,-75.5964168464
Photograph: See Exhibit 1

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Executed in   New Castle County  ,
  DE    on   1/2/2023    .

/s/ Regina Bonner
Signature Regina Bonner
(215) 980-7916
PROOF Chicago PI Services Group LLC
Agency #117.001738