# Exhibit 1



Exhibit 1a)